PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rabiyah Sorey  
Cr.: 07-00386-001  
PACTS #: 36696

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 08/01/07

Original Offense: Conspiracy to Distribute Controlled Substances

Original Sentence: 12 months imprisonment; 5 years supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: 08/24/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On February 4, 2009, the Newark Police Department arrested Sorey and charged her Possession of CDS (heroin), Possession of CDS with Intent to Distribute Near School Property, and terroristic threats. Sorey reportedly conducted several drug transactions, and was found in possession of heroin. She was released on February 6, 2010, in lieu of $30,000 bail, and the charges are pending in New Jersey Superior Court, Essex County. |

U.S. Probation Officer Action: The writer recommends withholding Court action until additional information is obtained, and possibly until disposition of the pending charges.

Respectfully submitted,

By: Elisa Martinez /EM/  
U.S. Probation Officer  
Date: 02/09/10

[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for Warrant or Summons  
[X] Other- Withhold Court Action until Further Information is Obtained

Signature of Judicial Officer

2/24/10  
Date