PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Summons for Offender Under Supervision

**Name of Offender:** Rabiyah Sorey                    **Docket Number:** 07-00386-001
                                                       **PACTS Number:** 36696

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden

**Date of Original Sentence:** 08/01/2007

**Original Offense:** Conspiracy to Distribute Controlled Substance

**Original Sentence:** 12 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 08/24/09

**Assistant U.S. Attorney:** Christopher J. Kelly, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Robert W. Ray, Esq., 40 Laird Street, Long Branch, New Jersey 07740, (732) 687-1380

===============================================================================

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On February 4, 2010, the Newark Police Department arrested Sorey and charged her with Possession of CDS (heroin), Possession of CDS with Intent to Distribute Near School Property, and terroristic threats. Sorey reportedly conducted several drug transactions, and was found in possession of heroin and approximately $6,500 in cash. She was released on February 6, 2010, in lieu of $30,000 bail. On May 5, 2010, Sorey was indicted in New Jersey Superior Court, Essex County, and the charges are pending |

PROB 12C - Page 2
Rabiyah Sorey

I declare under penalty of perjury that the foregoing is true and correct.

By:  Elisa Martinez
U.S. Probation Officer
Date:  9/20/10

THE COURT ORDERS:

[  ] The Issuance of a Warrant
[ ✓ ] The Issuance of a Summons.  Date of Hearing: _10/20/10 @ 2:00 p.m._
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

_10 / 4 / 10_
Date