UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. KATHARINE S. HAYDEN |
| : | |
| : | CRIMINAL NO. 07-386 (KSH) |
| v. : | |
| : | |
| : | ORDER |
| : | |
| RABIYAH SOREY, : | |
| Defendant : | |

THIS MATTER having come before the Court upon allegations that the defendant RABIYAH SOREY, violated certain conditions of her supervised release imposed on or about August 1, 2007, by this Court; and the defendant having appeared before this Court on October 20, 2010, to answer the allegations in the Petition for Summons for Offender Under Supervision filed by the United States Probation Office on October 6, 2010 (hereinafter the "Petition"); and the Court finding good cause to adjourn the Petition until January 5, 2011 on said date; and the Court having heard from the government (by Fabiana Pierre-Louis, Assistant U.S. Attorney, appearing), United States Probation Office (by Elisa Martinez, United States Probation Officer, and by the defendant (by K. Anthony Thomas, Assistant Federal Public Defender, appearing); and for good cause shown;

IT IS, on this 5th day of January, 2011;

ORDERED that the above referenced Petition is hereby dismissed; and it is further

Page 1 of 2

ORDERED that defendant RABIYAH SOREY previous term of Supervised Release is continued; and it is further

ORDERED that all other terms of Supervised Release shall remain in force.

_____
HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE